SM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
NOV 03 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TYRION S. HODGES

V.

ROCHELLE PARKER, Et AL.

CASE No: 1:20 CV 04760

HON. JOHN F. KNESS

## NOTIFICATION

I HEARBY NOTIFY THE COURT ON TODAYS DATE 10-27-21 OF MY ADDRESS CHANGE FROM CCDOC 2700 S. CALIFORNIA ST. CHICAGO IL, 60608 TO STATEVILLE IDOC/NRC ROUTE 53, PO BOX 112 JOLIET IL, 60434

BUT WILL BE DISCHARGED 11-4-21 TO NEW ADDRESS WHICH WILL BE PROVIDED ASAP.

UNDER PENALTY OF PURJURY I DECLARE FOREGOING CORRECT.

RESPECTFULLY SUBMITTED,

Tyrion Hodges #Y33917
STATEVILLE IDOC/NRC
ROUTE 53 PO BOX 112
JOLIET IL 60434

## HIV TESTING

## YOU WILL BE GIVEN AN HIV TEST

Before being tested for HIV (Human Immunodeficiency Virus), you will need to know the following:

1. You will be tested for HIV as part of your blood tests unless you refuse.
2. An HIV test is done to determine if a person has been infected with the virus that causes AIDS.
3. There are four possible test results for a conventional test: negative, positive, indeterminate, or unsatisfactory.

- A negative test result means that no evidence of HIV was found. However, if you have been infected with HIV during the past three months, it may be too soon to detect the infection and you should consider re-testing at a later date.
- A positive test result means that you are infected with HIV and you can infect other people with HIV through exposure to your blood, sexual fluids, or breast milk. A positive test does not mean that you have AIDS or will ever develop AIDS.
- An indeterminate test result means that your test is neither negative nor positive and you should be retested in 1 month.
- An unsatisfactory test result means the laboratory could not test the specimen because there was a problem with the specimen. You should be re-tested.

4. Your HIV records are confidential.
5. Testing for HIV is voluntary and you may withdraw your consent to be tested at any time before the laboratory test(s) is completed.
6. Should your results be confirmed positive, the Department of Corrections will confidentially send your HIV Counseling and Testing Report with your name and test result to the Illinois Department of Public Health which monitors to ensure that you receive appropriate follow up testing and medical care services.
7. You have the right to obtain more information about the HIV or a referral for counseling.

Un resuitado indeterminado significa que su prueba es positive ni negative y used deb evolver a analizar en 1 mes. Unmedio de resultado de prueba satisfactoria del laboratorio no podria poner a prueba a la muestra proque hubo un problema con la muestra. Usetd deb evolver. Los registros de VIH con confidenciales. Prueba del VIH es voluntaria y usted puede retirar su consentimiento para ser probado en cualquier momento antes de que finalice las pruegas de laboratorio.

June 2016

MYRON HODGES
Y33917
STATEVILLE EDOC/NRC
ROUTE 53, P.O BOX 112
Joliet IL, 60434

THIS CORRESPONDENCE IS FROM
AN INMATE OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

CAROL STREAM IL 601
28 OCT 2021 PM 9 L

CLERK OF U.S
DIST COURT
219 S. DEARBORN ST.
CHICAGO IL, 60604

60604-180099



11/03/2021-10