SM

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

TYRION S. HODGES

v.

ROCHELLE PARKER ET AL.

Case No. 20 C 04760

Hon. JOHN F. KNESS

To: 219 S Dearborn St. Chicago IL, 60604

NOTICE OF ADDRESS CHANGE

I HEARBY NOTIFY YOU THE ABOVE ADDRESS ON TODAYS DATE 11/19/2021 I am AT A NEW ADDRESS I AM NO LONGER IN CUSTODY AND NEW ADDRESS WILL BE 7939 S Washtenaw St. Chicago IL, 60652

AND DECLARE UNDER PENALTY OF PURJURY I DECLARE FOREGOING TRUE ; CORRECT.

RESPECTFULLY SUBMITTED,

Tyrion Hodges
7939 S Washtenaw St.
Chicago IL, 60652

X _____
NOTARY

FILED
NOV 29 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MYRON HODGES
939 S. WASHTENAW ST.
CHICAGO IL 60652

2021 NOV 29 PM

CLERK OF U.S DIST. COURT
219 S. DEARBORN ST.
CHICAGO IL, 60604

CAROL STREAM IL 601
20 NOV 2021 PM 5 L

60604-170299

11/29/2021-10

USA ★ FOREVER