## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tyrion S Hodges

Plaintiff,

v.

Rochelle Parker, et al.

Defendant.

Case No.: 1:20−cv−04760
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 21, 2021:

 MINUTE entry before the Honorable John F. Kness: In−Person status hearing held on 12/21/2021. Only counsel for Defendants appeared. A continued hearing is set for 1/14/2022 at 10:20 AM. That hearing is to be held **in−person** in Courtroom 1725. Plaintiff and counsel for Defendants are directed to appear **in−person** at the 1/14/2022 hearing. The Clerk is directed to mail a copy of this order to Plaintiff at his last known address (see Dkt. 43). Plaintiff has now failed to appear as ordered [50]. Although this may be due to inadvertence, Plaintiff is advised that, if he does not appear at the 1/14/2022 hearing, the Court will dismiss the case for want of prosecution. *See, e.g., James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("Once a party invokes the judicial system by filing a lawsuit, it must abide by the rules of the court; a party cannot decide for itself when it feels like pressing its action and when it feels like taking a break") (cleaned up); *Harrington v. City of Chi.*, 433 F.3d 542, 549−50 (7th Cir. 2006) (affirming dismissal where district court gave explicit dismissal warning concerning failure to prosecute). On or before 1/12/2022, Defendants must submit a report detailing the steps their counsel has taken since early October to confer with Plaintiff concerning the status of the litigation and a discovery plan. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.