# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tyrion S Hodges

                      Plaintiff,

v.                                             Case No.: 1:20–cv–04760

                                                        Honorable John F. Kness

Rochelle Parker, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 14, 2022:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 2/14/2022. Plaintiff appeared pro se, and Defendants appeared through counsel. Pursuant to the discussions held in open court, the parties are directed to meet and confer concerning an agreed schedule governing the remainder of case. On or before 3/7/2022, the parties must submit a Word version of their proposed scheduling order under Rule 16(b) to the Court's proposed order mailbox, Proposed_Order_Kness@;ilnd.uscourts.gov. A telephonic status hearing is set for 3/30/2022 at 10:10 AM. The parties shall use the same call–in information [53]. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.